Anina RASTEN, Plaintiff, Appellant,

v.

Blair GELBOND, Defendant, Appellee.

No. 01–1375.

United States Court of Appeals,
First Circuit.

Dec. 4, 2001.

Anina Rasten on brief, pro se.

Before TORRUELLA, Circuit Judge, STAHL, Senior Circuit Judge, and LYNCH, Circuit Judge.

PER CURIAM.

After due consideration of the record and the appellant's brief, we perceive no error in the district court's decision.

*Affirmed.* Loc. R. 27(c).